IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BYRON CARTER,

        Plaintiff,                       No. CIV S-09-0437 EFB P

     vs.

JAMES WALKER, et al.,

        Defendants.             <u>ORDER</u>

_____/

      Plaintiff, a prisoner without counsel, has filed a complaint alleging civil rights violations. *See* 42 U.S.C. § 1983. He has submitted an affidavit requesting leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a)(1).

      Section 1915(a)(2) requires "a prisoner seeking to bring a civil action without prepayment of fees or security therefor, in addition to filing the affidavit filed under paragraph (1), shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . , obtained from the appropriate official of each prison at which the prisoner is or was confined." Plaintiff has not submitted the required trust account statement.

////

////

1

1      Accordingly, plaintiff has 30 days from the date this order is served to submit the
2 required trust account statement.  The Clerk of the Court is directed to send plaintiff a new
3 Application to Proceed In Forma Pauperis By a Prisoner.  Failure to comply with this order will
4 result in a recommendation that this action be dismissed.
5      So ordered.
6 DATED: February 24, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE